```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 10487
    MARILYN JONES
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5798


----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 06/12/2007 and was not confirmed.

     The case was dismissed without confirmation 02/13/2008.
----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE SECURED NOT I       .00            .00            .00
CAPITAL ONE AUTO FINANCE UNSECURED           .01            .00            .00
CHICAGO BANKCORP         MORTGAGE ARRE       .00            .00            .00
COOK COUNTY TREASURER    SECURED             .00            .00            .00
DELL FINANCIAL SERVICES  SECURED          200.00            .00          43.35
DELL FINANCIAL SERVICES  UNSECURED        674.70            .00            .00
RESURGENT CAPITAL SERVIC UNSECURED       13467.43           .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED         886.45           .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED        1084.85           .00            .00
NICOR GAS                UNSECURED         445.59           .00            .00
PIER ONE IMPORTS         UNSECURED       NOT FILED          .00            .00
RJM ACQUISITIONS FUNDING UNSECURED       NOT FILED          .00            .00
TRUST REC SV             UNSECURED       NOT FILED          .00            .00
VILLAGE OF DOLTON DEPT O UNSECURED       NOT FILED          .00            .00
NORTHERN INDIANA PUBLIC  UNSECURED         368.96           .00            .00
CHICAGO BANKCORP         CURRENT MORTG       .00            .00            .00
FELD & KORRUB LLC        DEBTOR ATTY     3,000.00                     3,000.00
TOM VAUGHN               TRUSTEE                                        263.98
DEBTOR REFUND            REFUND                                         392.67

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                3,700.00

PRIORITY                                            .00
SECURED                                           43.35
UNSECURED                                           .00
ADMINISTRATIVE                                 3,000.00
TRUSTEE COMPENSATION                             263.98
DEBTOR REFUND                                    392.67
                      -------------         -------------
TOTALS                 3,700.00                3,700.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 10487 MARILYN JONES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE